◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARTIN BELTRY, Appellant. [653 NYS2d 362] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Dabiri, J.), rendered May 8, 1995, convicting him of attempted robbery in the second degree and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant was convicted of various crimes arising from his attempt to rob a grocery store at gunpoint. Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]).

Further, in light of the testimony, *inter alia,* of two police officers who observed the defendant inside the grocery store waiving a gun, and his apprehension within the store after an unsuccessful effort to escape, any error in the court's denial of the defendant's request for a missing witness charge as to the owner of the store was harmless *(see, People v Vasquez,* 76 NY2d 722; *People v Crimmins,* 36 NY2d 230).

The defendant's remaining contention is unpreserved for appellate review. Ritter, J. P., Thompson, Friedmann and McGinity, JJ., concur.